*Francis W. Linklater,* Eugene, argued the cause and filed the brief for appellant.

*Michael E. Murphy,* Deputy District Attorney, Eugene, argued the cause and filed the brief for respondent. With him on the brief was John B. Leahy, District Attorney, Eugene.

STATE OF OREGON, *Respondent, v.*
JAMES ARNOLD MADDEN,
*Appellant.*
(Case No. 91211)

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Michael E. Murphy,* Deputy District Attorney, Eugene, argued the cause and filed the brief for respondent. With him on the brief was John B. Leahy, District Attorney, Eugene.

STATE OF OREGON, *Respondent, v.*
ROBERT APODACA, *Appellant.*

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.